UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

RECEIVED
APR 11 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES WILLIS,

Defendant,

and

APOLLO SYSTEMS,

Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Charles Willis, Social Security Number, XXX-XX-6714, with the last known address of XXXXXX, Maple Grove, MN 55311.

The judgment was entered on July 5, 2001, for monetary impositions. The judgment was entered in the amount of $8,671.52. As of April 5, 2006, after applying payments, if any, the balance on this judgment debt was $2,571.52.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCANNED
APR 11 2006
U.S. DISTRICT COURT MPLS

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Apollo Systems, 6250 Sycamore Lane North, Suite 500B
Maple Grove, MN 55369

Dated: April 7, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600