UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES WILLIS,<br><br>Defendant,<br><br>APOLLO SYSTEMS,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is currently being garnished and that there are no funds available for this additional garnishment.

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on April 25, 2006, is hereby released.

Dated: June 15, 2006

Judge
United States District Court