UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHARLES WILLIS,<br>Defendant,<br>WELLS FARGO BANK,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on April 25, 2006, is hereby released.

Dated: June 15th, 2006

Judge
United States District Court

SCANNED
JUN 19 2006
U.S. DISTRICT COURT ST. PAUL