UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ALLEN WILLIS,<br><br>Defendant. | ) | **PETITION TO REMIT FINE PURSUANT TO 18 U.S.C. § 3573** |

Pursuant to 18 U.S.C. § 3573, the United States petitions the Court, without oral argument, to remit the remaining balance of the $8,471.52 fine, imposed on July 5, 2001, on the above-named defendant.

In support of its petition, the United States states the following:

1. Upon the Court's entry of judgment, the United States pursued collection and was unable to locate assets which could be seized to satisfy the fine.

2. According to available records, defendant owes federal taxes in excess of $500,00 and state taxes of more than $140,000. When the government attempted to enforce collection by garnishing defendant’s wages, a pre-existing garnishment for state taxes was already in place.

3. It is unlikely that further attempts to collect the remaining balance of the $8,471.52 fine will be effective within the meaning of 18 U.S.C. § 3573.

Accordingly, the United States asks this Court to remit the fine imposed on July 5, 2001.

Dated: August 27, 2008

FRANK J. MAGILL, JR.
United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Plaintiff