UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHARLES ALLEN WILLIS,<br>Defendant. | ) | **DECLARATION OF JESSICA SCOTT** |

Jessica Scott makes the following declaration in support of plaintiff's request for petition to remit fine pursuant to 18 U.S.C. § 3573.

1. I am a Financial Litigation Agent in the United States Attorney's Office and am one of the agents responsible for collection of this debt arising from criminal monetary penalties. I make this Declaration from my own knowledge and based upon review of the collection file in the above-entitled matter. If called to testify, I would state the following:

2. On July 5, 2001, a sentence was imposed by this Court against the above-named defendant, in part ordering defendant to pay a fine of $8,471.52 in equal monthly installments during his period of supervision. See Judgment and Commitment Order attached hereto as Exhibit A.

3. Defendant has paid $5,900 towards the fine. See payment history attached hereto as Exhibit B.

4. The United States attempted to collect the fine through a voluntary monthly payment plan. The defendant failed to make payments.

5. In April, 2006, the United States garnished the defendant's bank account and wages.

6. The garnishments were unsuccessful as there was no money in the defendant's bank account and his wages were already garnished to the full extent allowed by law for a tax liability. See Answers of the Garnishee attached hereto as Exhibit C.

7. No assets have been found that could be seized to satisfy the judgment.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2008

_s/ Jessica Scott__________
BY: JESSICA SCOTT
Financial Litigation Agent