United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: MN

For Report Parameters: 2001B19836 , 001 , 947911

Report Date: 08/25/2008

PAYMENTS

CDCS NBR 2001B19836/001 Name Willis, Charles Collect Type OR Court Nbr 00-72 JMR Priority Code 04 Scheduled Payment Amount Scheduled Payment Date Current Liability $2,571.52

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 07/09/2003 | CL | A | Willis | | 400268313 | | 07/10/2003 | $250.00 |
| 0003 | PMNT | 08/06/2003 | CL | A | Willis | | 400268682 | | 08/07/2003 | $250.00 |
| 0004 | PMNT | 09/05/2003 | CL | A | Willis | | 400269253 | | 09/09/2003 | $250.00 |
| 0005 | PMNT | 10/08/2003 | CL | A | Willis | | 400269861 | | 10/09/2003 | $250.00 |
| 0006 | PMNT | 11/10/2003 | CL | A | Willis | | 700429592 | | 11/13/2003 | $250.00 |
| 0007 | PMNT | 12/09/2003 | CL | A | Willis | | 400271189 | | 12/09/2003 | $250.00 |
| 0008 | PMNT | 01/06/2004 | CL | A | Willis | | 400271651 | | 01/06/2004 | $250.00 |
| 0009 | PMNT | 02/04/2004 | CL | A | Willis | | 400272248 | | 02/05/2004 | $250.00 |
| 0010 | PMNT | 03/05/2004 | CL | A | C. WILLIS | | 700 430809 | | 03/09/2004 | $300.00 |
| 0011 | PMNT | 04/05/2004 | CL | A | C. WILLIS | | 700 431131 | | 04/06/2004 | $300.00 |
| 0012 | PMNT | 05/04/2004 | CL | A | C. WILLIS | | 400 274033 | | 05/06/2004 | $300.00 |
| 0013 | PMNT | 06/14/2004 | CL | A | Charles | | 400274808 | | 06/15/2004 | $250.00 |
| 0015 | PMNT | 07/26/2004 | CL | A | Charles | | 400275721 | | 07/26/2004 | $250.00 |
| 0017 | PMNT | 08/23/2004 | CL | A | C Willis | | 400276279 | | 08/24/2004 | $250.00 |
| 0018 | PMNT | 09/22/2004 | CL | A | Charles | | 400276812 | | 09/22/2004 | $250.00 |
| 0019 | PMNT | 10/26/2004 | CL | A | Charles | | 400277503 | | 11/01/2004 | $250.00 |
| 0020 | PMNT | 11/30/2004 | CL | A | Charles | | 400277973 | | 11/30/2004 | $250.00 |
| 0021 | PMNT | 02/17/2005 | CL | A | Willis | | 400280716 | | 02/17/2005 | $750.00 |
| 0022 | PMNT | 07/11/2005 | CL | A | Charles | | 285032 | | 07/12/2005 | $750.00 |
| Total | | | | | | | | | | $5,900.00 |

GOVERNMENT EXHIBIT B