# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 00-72 JMR |
| v. | ) | |
| | ) | |
| CHARLES ALLEN WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on _September 3, 2008_, I served, or caused to be served, the following documents:

**Petition to Remit Fine, Memorandum in Support of Petition to Remit Fine, Declaration of Jessica Scott, and Exhibits A-C.**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by

depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Charles Willis
XXXX
Maple Grove, MN 55311

I further certify that I cause the proposed order to be filed with the court via e-mail to the judge assigned the case and I certify that I caused a copy of the proposed order to be e-mailed or mailed by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Charles Willis
XXXX
Maple Grove, MN 55311

_s/ Jessica Scott____________
Jessica Scott