UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-72 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHARLES ALLEN WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court, pursuant to 18 U.S.C. § 3573, on the Petition of the United States for an Order remitting the remaining balance of the $8,471.52 fine imposed on July 5, 2001, in the above-entitled case.

Based upon the Memorandum and Declaration of the plaintiff, the Court finds that it is unlikely that further collection efforts will be effective.

Accordingly, IT IS ORDERED that the remaining balance of the fine of $8,471.52 is remitted.

Dated: September 8, 2008

s/James M. Rosenbaum
Judge
United States District Court